No. 24-4458

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JEREMY VAUGHN PINSON,
Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA,
Defendant – Appellee.

On Appeal from an Order of the
United States District Court for the District of Arizona

District Court Case No.: 4:19-cv-00422-RM

## STIPULATION DISMISSING APPEAL

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>CHRISTINA M. CABANILLAS<br>Deputy Appellate Chief | MICHAEL L. LINTON<br>Assistant U.S. Attorney<br>405 W. Congress, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: (520) 620-7300<br>Attorneys for Appellee |

Date Electronically Filed: October 10, 2024

Pursuant to Fed. R. App. P. 42(b)(1), Appellant Jeremy Pinson, *pro se,* and Appellee United States of America, by and through its counsel of record, hereby stipulate to the dismissal of this appeal. The Parties agree that each side shall bear their own costs and fees for this appeal.

Dated: September 30, 2024.               Dated: October 10, 2024.

/s *Jeremy Pinson*                                /s *Michael L. Linton*
JEREMY PINSON                              GARY M. RESTAINO
Prison I.D. No. 16267-065              United States Attorney
United States Penitentiary –           District of Arizona
Allenwood                                        CHRISTINA M. CABANILLAS
P.O. Box 3000                                  Deputy Appellate Chief
White Deer, Pennsylvania 17887   MICHAEL L. LINTON
                                                         Assistant U.S. Attorney
*Pro Se*                                              405 W. Congress, Suite 4800
*Appellant*                                        Tucson, Arizona 85701
                                                         Telephone: (520) 620-7300
                                                         *Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2024, I electronically filed the Stipulation Dismissal Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case do not appear to be registered CM/ECF users. I have caused a copy to mailed, certified postage prepaid, to Petitioner-Appellant Jeremy Vaughn Pinson, USP – Allenwood, P.O. Box 3000, White Deer, Pennsylvania, 17887, Petitioner-Appellant.

*s/ Michael L. Linton*
MICHAEL L. LINTON
Assistant U.S. Attorney

INMATE NAME/NUMBER: Jeremy Brusson #10267-064
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

Legal Mail

Mailed From US Penitentiary

OCT 03 2024

HARRISBURG PA 171
4 OCT 2024 PM 4 L

Asst. U.S. Attorney Michael Linton
405 W. Congress St., Ste. 4800
Tucson AZ 85701

85701-504000

